```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CASSANDRE CADET,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :
              - against -                                   :   22-CV-7406 (VSB)
                                                            :
MACY'S, INC.,                                               :   ORDER
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Defendant shall file their motion for summary judgment by May 12th, 2023. Plaintiff's opposition brief shall be filed by June 16th, 2023, and Defendants reply shall be filed by July 10th, 2023.

SO ORDERED.

Dated:    April 10, 2023
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge